DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**TENON FULTON,**
Appellee.

No. 4D2024-3020

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. 062023CA018013AXXXCE.

Kara Rockenbach Link and David Andrew Noel of Link & Rockenbach, PA, West Palm Beach, for appellant.

Roniel Rodriguez, IV of Judgments Mia PLLC, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***